

**DUNCAN W. KEIR**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **16–13850 – MMH**    Chapter: **11**    Adversary No.: **16–00337**

**Forest Capital, LLC**
Debtor

**Forest Capital, LLC**
Plaintiff(s)

vs.

**Fischer Porter & Thomas, P.C.**
Defendant(s)

## NOTICE OF MEDIATION CONCLUSION

The above signed Mediator conducted mediation in this adversary proceeding on February 28, 2018. No settlement was achieved. The parties have not requested further mediation. Accordingly the Mediator reports that the mediation has been concluded unsuccessfully.

cc:    Plaintiff(s)
       Attorney(s) for Plaintiff(s) – Jeremy S. Friedberg
       Defendant(s)
       Attorney(s) for Defendant(s) – Jonathan Lawrence Gold

44x04 (rev. 07/29/2016) – dkeir